# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

DANIEL LATNER, individually and
on behalf of others similarly situated,

                       Case No. 17-99

        Plaintiff-Appellate,

    v.

MOUNT SINAI HEALTH SYSTEM,
INC., WEST PARK MEDICAL
GROUP, P.C.,

        Defendants-Appellees.

On Appeal From

United States District Court for the Southern District of New York

Case No. 1:16-cv-00683-AKH

**DEFENDANTS-APPELLEES' OPPOSITION TO PLAINTIFF-APPELLANT'S
EXPEDITED MOTION FOR A STAY
OR EXTENSION OF TIME TO FILE OPENING BRIEF**

Mount Sinai Health System, Inc., and West Park Medical Group, P.C., Defendants-Appellees herein, respectfully oppose Plaintiff-Appellant Latner's motion for a stay or extension of time to file his opening brief. Mr. Latner's request springs from his suggestion that this Court should await the decision in a case in the United States Court of Appeals for the District of Columbia Circuit, *ACA Int'l v. Federal Communications Comm.*, No.15-1211 (hereinafter "*ACA Int'l*"), that he believes is comparable to the instant case. In support of their opposition, Appellees state as follows:

1.     The D.C. Circuit case, *ACA Int'l*, is an agency dispute potentially governed by interpretive rules that likely do not apply in the instant private dispute that is based on very different facts.

2.     Assuming the close comparability of the two cases, which we do only for the sake of argument, we might take a different position if the exogenous case were pending decision in the Supreme Court of the United States, which could enter a ruling applicable in every Federal Circuit. *Menowitz v. Brown,* 991 F.2d 36, 40-41 (2d Cir. 1993) ("until the Supreme Court speaks, the federal circuit courts are under duties to arrive at their own determinations of the merits of federal questions presented to them"), *citing In re Korean Airlines Disaster of September 1983*, 829 F.2d 1171, 1176 (D.C. Cir 1987) *aff'd sub nom., Chan v. Korean Air Lines, Ltd.* 490 U.S. 122 (1989).  However esteemed it might be, in an instance such as this

one, where multiple circuit courts including the Second Circuit have been issuing rulings related to the FCC's July 15, 2015 ruling on the interpretation of the Telephone Consumer Protection Act, the D.C. Circuit does not control *this* Circuit, which should be left to decide the case independently. Moreover, there is no telling when the D.C. Circuit's case will be decided.

3.     The briefing schedule in this case has been in force for a significant period already. We do not believe that an eleventh-hour application for a stay or extension is appropriate. Appellees are desirous of a prompt resolution of the matter before this, and no other Court and, accordingly oppose the application.

WHEREFORE, the Defendants-Appellees respectfully submit that Mr. Latner's Motion for a Stay or Extension of Time to File Opening Brief should be denied and the current briefing schedule maintained.

RESPECTFULLY SUBMITTED AND DATED THIS 24TH day of April, 2017.

> Mount Sinai Health System, Inc., and West Park Medical Group, P.C.,
>
> By: /s/ Stuart M. Gerson
> Stuart M. Gerson
> Epstein Becker & Green, P.C.
> Email: Sgerson@ebglaw.com
> 1227th 25th Street NW
> Washington, DC 20037
> Telephone: 202-861-4180
> Facsimile 202-861-3540
> *Counsel for Defendants-Appellees*

CERTIFICATE OF SERVICE

I, Stuart M. Gerson, certify that on April 24, 2017, I electronically filed the document entitled Defendants-Appellees Opposition to Plaintiff-Appellant's Expedited Motion for a Stay or Extension of Time to file Opening Brief with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the CM/ECF System.

I certify that all participants in the case are registered CM/ECF users and that services will be accomplished by the appellate CM/ECF system

Dated this 24th day of April, 2017

Epstein Becker & Green, P.C.

By: /s/ Stuart M. Gerson
Stuart M. Gerson
Epstein Becker & Green, P.C.
Email: Sgerson@ebglaw.com
1227th 25th Street NW
Washington, DC 20037
Telephone: 202-861-4180
Facsimile 202-861-3540
*Counsel for Defendants-Appellees*